**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MICHAEL T. HARDING and
MILLENNIUM MEDIA, INC.,

       Plaintiffs,

vs.                            CASE NO. 5:09cv223/RS-MD

MAXIMUS MULTIMEDIA INTERNATIONAL,
LLC,

       Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 55). Defendant has not filed objections.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    Plaintiffs' Motion For Default (Doc. 46) is granted, and the clerk is directed to enter default against Defendant Maximus Multimedia International, LLC. The clerk is further directed to serve a copy of the Report and Recommendation (Doc. 55) and this Order upon Mildred M. Abdullah.

**ORDERED** on February 22, 2010.

/S/ Richard Smoak _____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**